STATE OF NEW JERSEY v. MIGUEL MIQUELE.

September 5, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES VITO MONTEMARANO.

September 5, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY DE VINGO.

September 5, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW N. GERARDO.

September 5, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ANGELO C. SICA.

September 5, 1984.

Petition for certification denied.